DUFFELL v. POE

[97 N.C. App. 663 (1990)]

EMILY WEEKS DUFFELL, Plaintiff v. ALICE W. POE and SUMMIT SAVINGS BANK, Defendants

No. 8911SC518

(Filed 20 March 1990)

**Appeal and Error § 6.2 (NCI3d) — fewer than all claims adjudicated — premature appeal**

An appeal from the dismissal of plaintiff's claim against the individual defendant was premature where plaintiff filed claims against the individual defendant and defendant bank; the record disclosed no final judgment entered with respect to plaintiff's claims against defendant bank; and the order appealed from adjudicates fewer than all the claims of the parties.

**Am Jur 2d, Appeal and Review § 301.**

APPEAL by plaintiff from *Brewer, Judge.* Order entered 6 February 1989 in Superior Court, LEE County. Heard in the Court of Appeals 5 February 1990.

This is a civil action wherein plaintiff seeks to recover from defendants Alice W. Poe and Summit Savings Bank certain funds on deposit with defendant Summit Savings Bank pursuant to Certificate of Deposit No. 3325898 issued in the names of Beulah Wilkie, deceased, and her sister, Alice W. Poe. On 20 January 1988, defendant Summit Savings Bank filed an answer denying that it was indebted to plaintiff. On 25 January 1988, defendant Alice W. Poe filed a motion to dismiss pursuant to Rule 12(b)(6) for plaintiff's failure to state a claim upon which relief could be granted. Her motion was allowed, and plaintiff's claim against defendant Poe was dismissed on 6 February 1989. Plaintiff appealed.

*J. Michael Weeks for plaintiff, appellant.*

*Gunn & Messick, by Paul S. Messick, Jr., for defendant Alice W. Poe, appellee.*

HEDRICK, Chief Judge.

In her complaint, plaintiff filed claims against defendants Alice W. Poe and Summit Savings Bank. Defendant Alice W. Poe filed a motion to dismiss pursuant to Rule 12(b)(6). Defendant Summit

DUFFELL v. POE

[97 N.C. App. 663 (1990)]

Savings Bank filed an answer, and the record before us discloses no final judgment has been entered with respect to plaintiff's claims against defendant Summit Savings Bank. Thus, the order appealed from adjudicates "fewer than all of the claims or parties," and plaintiff's appeal will be dismissed. G.S. 1A-1, Rule 54(b); *Thompson v. Newman*, 74 N.C. App. 597, 328 S.E.2d 597 (1985).

Dismissed.

Judges JOHNSON and PHILLIPS concur.